UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND; LOCAL 191 I.B.E.W. MONEY PURCHASE PENSION TRUST; NORTHWEST WASHINGTON ELECTRICAL INDUSTRY JOINT APPRENTICESHIP & TRAINING TRUST; I.B.E.W. DISTRICT NO. 9 PENSION PLAN, and NATIONAL ELECTRICAL BENEFIT FUND,<br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>DAN BOOTH ELECTRIC, a sole proprietorship, Contractor's License No. DANBOE*971KW, UBI NO. 602 284 075, TOKIO MARINE HCC, Bond No. BNDAC100624926, DANIEL W. BOOTH and KRISTEN M. BOOTH, and their marital community,<br>　　　　　　　　Defendants. | NO. 2:23-cv-01544-JHC<br><br>ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

This matter came duly and regularly before the Court on the plaintiffs' motion to amend its complaint. The court reviewed the records and files herein and is fully advised. Now, therefore, it is hereby

ORDER ON MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT – 1

1    ORDERED that plaintiffs are granted leave to amend their complaint to add U.S. Specialty Insurance Company as a defendant in this action.

    ORDERED that defendant Tokio Marine HCC is removed as a defendant in this action.

    ORDERED, that plaintiffs' motion is granted; and that the plaintiffs are granted leave to file and serve the amended complaint within fourteen days (14) of the date of this order.

    DATED this 3rd day of November, 2023.

*John H. Chun*
_____
JOHN H. CHUN
United States District Judge